# Court of Appeals
# of the State of Georgia

ATLANTA, __January 02, 2026__

*The Court of Appeals hereby passes the following order:*

## A26D0250. WILLIAM F. WALSH v. THE STATE.

On December 4, 2025, William F. Walsh filed a document labeled "Application for Discretionary Appeal Re: Motion for Extension of Time." The filing was docketed as an application for discretionary appeal. In substance, however, Walsh seeks only an extension of time in which to file a discretionary application from the trial court's November 14, 2025 order. Under these circumstances, this application was improvidently docketed and is therefore DISMISSED.[1]



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* __01/02/2026__

 I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

 Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*

---

[1] A request for an extension of time to file an application for discretionary appeal must come by emergency motion. See Court of Appeals Rules 16(c) and (40)(b). Accordingly, Walsh's filing has been re-docketed as an emergency motion. See A26E0110.